IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Paul Francis Starr, | Case No. 11-80078 |
| Debtor(s). | Honorable Manuel Barbosa |

### RESPONSE TO TRUSTEE'S NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

NOW COMES PNC Bank, National Association, (hereinafter referred to as "PNC Bank") by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Cure of All Pre-Petition Mortgage Obligation, states as follows:

1. On or about April 4, 2011, PNC Bank filed its Proof of Claim as Claim Number 7 listing a pre-petition arrearage of $1,831.44.

2. The Trustee has disbursed a total of $1,831.44 to PNC Bank per the terms of the confirmed plan.

3. The Debtor has cured the pre-petition default as set forth by PNC Bank in Claim Number 7.

4. In addition to providing for the cure of the pre-petition arrearage claim, the Debtor's plan provided for the Debtor to maintain current post-petition mortgage payments during the plan.

5. The Debtor made ongoing mortgage payments and the Debtor is currently due for the monthly mortgage payment due January 1, 2012.

6. As of December 22, 2011, there are no outstanding fees and costs and the Debtor is current with his post-petition mortgage payments.

7. PNC Bank agrees that the Debtor has paid in full the amount required to cure the default on the claim and the Debtor is otherwise current on all payments as of December 22,

2011.

8. Payments may become due and owing after the filing of this response and before any scheduled hearing.

WHEREFORE, PNC Bank, National Association requests this Court to enter an Order declaring the Debtor's mortgage loan is current as of the date of this response.

                PNC Bank, National Association,

                By: */s/ Heather M. Giannino*
                          One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719